# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Herbert F. Gorham, Personal Representative ) <br> of the Estate of Glenda F. Gorham deceased, ) <br>                                                                ) <br>                      Plaintiff,                          ) <br>   **vs.**                                                        ) <br>                                                                ) <br> G.D. Searle LLC,                                     ) <br> Pharmacia Corporation,                         ) <br> Monsanto Company, and                       ) <br> Pfizer Inc.                                                ) <br>                                                                ) <br>                      Defendants**.**                    ) <br>                                                                ) <br> _____) | Civil Action No. 2:06-1151-CWH <br><br><br><br><br><br><br><br>**ORDER** |

On May 22, 2006, the Court issued a "Pre-Scheduling Order" directing the parties to begin discovery immediately. However, this action will likely be transferred to the United States District Court for the Northern District of California for pretrial proceedings pursuant to 28 U.S.C. § 1407. Accordingly, the Court stays the beginning of discovery in this action until either thirty-days from the date this order is filed or until the action is transferred, whichever is earlier.

     **AND IT IS SO ORDERED**.

_____
     **C. WESTON HOUCK**
     **UNITED STATES DISTRICT JUDGE**

May 29, 2006
Charleston, South Carolina